# Third District Court of Appeal

## State of Florida

Opinion filed January 28, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1139
Lower Tribunal No. 19-9801-CA-01
_____

**American Coastal Insurance Company,**
Appellant,

vs.

**Versailles Gardens I Condominium Association, Inc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Daryl E. Trawick, Judge.

Traub Lieberman Straus & Shrewsberry, LLP, and C. Ryan Jones, and David T. Burr (St. Petersburg), for appellant.

Kula & Associates, P.A., and Elliot B. Kula, and William D. Mueller, for appellee.

Before SCALES, C.J., and EMAS, and MILLER, JJ.

PER CURIAM.

Affirmed.  See Heritage Prop. & Cas. Ins. Co. v. Century Park Condo. No. 2 Ass'n, Inc., 388 So. 3d 874, 875 (Fla. 3d DCA 2023) (finding no abuse of discretion in "order[ing] the unresolved coverage determination and appraisal to proceed on a dual-track basis").